Tasara J Coats, Pro Se
1826 Arrowhead Avenue
South Lake Tahoe, CA 96150
tasarac@hotmail.com
530-577-4389

**FILED**

FEB - 8 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TASARA J COATS

   Plaintiff

vs

MANDARICH LAW GROUP, LLP; CACH, LLC; RYAN E VOS; JO-ANNA NIEVES; AND DOES 1 THROUGH 10 INCLUSIVE

   Defendants

) Case No. 2:13-CV-0246 MCE EFB LPS
)
)
)
) **COMPLAINT AND DEMAND FOR**
) **JURY TRIAL**
)
) **(Unlawful Debt Collection Practices)**
)
) **Demand Does Not Exceed $25,000.00**
)
)
)
)
)

Plaintiff, TASARA J COATS, individually, hereby sues MANDARICH LAW GROUP, LLP; CACH, LLC; RYAN E VOS; JO-ANNA NIEVES; AND DOES 1 THROUGH 10 INCLUSIVE for violations of the Fair Debt Collections Practices Act (FDCPA) 15 U.S.C. §1692, and the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code §1788.30(b).

**PRELIMINARY STATEMENT**

1. This is an action for damages and injunctive relief brought by Plaintiff against Defendants for violations of the Fair Debt Collections Practices Act (FDCPA) 15 U.S.C. §1692 *et seq,* and the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code §1788.30(b).

2. Plaintiff contends that the Defendants have violated such laws by repeatedly harassing Plaintiff in attempts to collect an alleged nonexistent debt.

## JURISDICTION AND VENUE

3. Jurisdiction of this Court arises under 15 U.S.C. §1681(p), 47 U.S.C. §227(b)(3), 15 U.S.C. §1692k(d), Rosenthal Fair Debt Collection Practices Act (RFDCPA), and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. §1367.

4. Venue is proper pursuant to 28 U.S.C. §1391(b). Venue in this District is proper in that the Plaintiff resides within California, the Defendants transact business within California, and the conduct complained of occurred within California.

5. This is an action for damages which exceeds $1,000.

## PARTIES

6. Plaintiff, TASARA J COATS, ("Plaintiff") is a natural person and is a resident of the State of California, El Dorado County. Plaintiff is a consumer as defined by the FDCPA, 15 U.S.C. §1692a(3)

7. Defendant, MANDARICH LAW GROUP, LLP ("Defendant") is an entity who at all relevant times was engaged in the business of attempting to collect a "debt" from Plaintiff, as defined by 15 U.S.C. §1692a(5). Upon information and belief Defendant, MANDARICH LAW GROUP, LLP is doing business in California, and located at Woodland Hills, California. Defendant is a "debt collector" as defined by 15 U.S.C. § 1692a(6).

8. Defendant, CACH, LLC ("Defendant") is a Colorado Limited Liability Company who at all relevant times was engaged in the business of attempting to collect a "debt" from Plaintiff, as defined by 15 U.S.C. §1692a(5). Upon information and belief Defendant, CACH, LLC is doing business in California. Defendant is a "debt collector" as defined by 15 U.S.C. § 1692a(6).

9. Defendant, RYAN E VOS ("Defendant") is an individual and is debt collector as that term is defined by 15 U.S.C. §1692a(5) and Cal. Civ. Code §1788.2(c).

10. Defendant, JO-ANNA NIEVES ("Defendant") is an individual and is debt collector as that term is defined by 15 U.S.C. §1692a(5) and Cal. Civ. Code §1788.2(c).

11. Plaintiff is unaware of the true names or capacities, whether individual, associate or otherwise of the Defendants sued herein as Does 1 through 10, inclusive, and therefore, sues the Defendants by such fictitious names. Plaintiff will amend this Complaint to show their true names and capacities once ascertained. Does 1 through 10, inclusive ("Defendants"), at all relevant times were engaged in the business of attempting to collect a "debt" from Plaintiff, as defined by 15 U.S.C. §1692a(5).

## FACTUAL ALLEGATIONS

12. On or about January 22, 2012 Plaintiff received a letter from Defendants, MANDARICH LAW GROUP, LLP and CACH, LLC, dated January 17, 2012 claiming I owed them $4,864.43 for a debt.

13. On or about January 23, 2012 Plaintiff mailed to the Defendants a Dispute and Demand for Validation letter by certified mail, which Defendants received on 9:53 am on January 26, 2012.

14. On February 3, 2012 Plaintiff received a second correspondence continuing an attempt to collect the alleged debt.

15. On February 10, 2012 Plaintiff received a second correspondence from Defendants, signed by RYAN E VOS, continuing an attempt to collect the alleged debt.

16. On February 23, 2012 Plaintiff received a NOTICE OF INTENT TO SUE from Defendants, signed by RYAN E VOS, continuing an attempt to collect the alleged debt.

17. On March 10, 2012 Plaintiff received a letter stating that the Defendants would continue collection activities.

18. On April 13, 2012 Defendants sued the Plaintiff in Superior Court of California, County of El Dorado to continue collection action.

19. Defendant, JO-ANNA NIEVES, is currently participating in the aforementioned lawsuit to continue collection action.

20. Defendants failed to properly validate the alleged debt and did not cease from their collection activities.

21. Defendants continue attempts to collect any amount not authorized by an agreement creating a debt.

22. Plaintiff has never applied for an "account" with the Defendants.

23. Plaintiff has never had any "account" with the Defendants.

24. At all times material hereto, all Defendants agreed between and amongst themselves and in combination with each other, and various agents known and unknown, as to each overt act in furtherance of the conspiracy and enterprise, to engage in unlawful actions for a common purpose, to wit: to perpetrate a fraud and to obtain an unlawful judgment against the Plaintiff.

# COUNT I

## VIOLATIONS OF FAIR DEBT COLLECTION PRACTICES ACT 15 U.S.C. §1692 BY DEFENDANTS MANDARICH LAW GROUP, LLP; CACH, LLC; RYAN E VOS; JO-ANNA NIEVES; AND DOES 1 THROUGH 10 INCLUSIVE

25. Plaintiff alleges and incorporates the information in paragraphs 1 through 24.

26. Plaintiff is a consumer within the meaning of the FDCPA, 15 U.S.C. §1692(a)(3).

27. Defendants are debt collectors within the meaning of the FDCPA, 15 U.S.C. §1692(a)(6) and Cal. Civ. Code §1788.2(c).

28. Defendants willfully violated the FDCPA. Defendant's violations include, but are not limited to, the following:

   (a) Defendants willfully violated FDCPA, 15 U.S.C. §1692(f)(1) by attempting to collect a debt not authorized by an agreement.

   (b) Defendants willfully violated FDCPA, 15 U.S.C. §1692(b)(2) by stating that the consumer owes any debt.

   (c) Defendants willfully violated FDCPA, 15 U.S.C. §1692(g)(B) by failing to cease collection efforts until debt is validated.

   (d) Defendants willfully violated FDCPA, 15 U.S.C. §1692(e)(2) by misrepresenting the character, amount and legal status of the alleged debt.

   (e) Defendants willfully violated FDCPA, 15 U.S.C. §1692(e)(10) by falsely representing or using deceptive means to collect a debt.

**WHEREFORE**, Plaintiff respectfully requests judgment to be entered against Defendants, MANDARICH LAW GROUP, LLP; CACH, LLC; RYAN E VOS; JO-ANNA NIEVES; AND DOES 1 THROUGH 10 INCLUSIVE, for statutory damages ($1,000 per

Defendant) for actual or statutory damages, and attorney's fees and costs, pursuant to 15 U.S.C. §1692(k); and any other relief that this Honorable Court deems appropriate.

## COUNT II

## VIOLATIONS OF ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT, CAL. CIV. CODE §1788 ET SEQ. (RFDCPA) BY DEFENDANTS MANDARICH LAW GROUP, LLP; CACH, LLC; RYAN E VOS; JO-ANNA NIEVES; AND DOES 1 THROUGH 10 INCLUSIVE

29. Defendants violated the §1788.17 of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, 15 U.S.C. §1692 et seq.

30. Defendants violated §1692(d) of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse the Plaintiff.

**WHEREFORE**, Plaintiff respectfully requests judgment to be entered against Defendants, MANDARICH LAW GROUP, LLP; CACH, LLC; RYAN E VOS; JO-ANNA NIEVES; AND DOES 1 THROUGH 10 INCLUSIVE for statutory damages ($1,000 per Defendant) for actual or statutory damages, and attorney's fees and costs, pursuant to Cal. Civ. Code §1788.30(b) and Cal. Civ. Code §1788.30(c); and any other relief that this Honorable Court deems appropriate.

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Respectfully submitted this 31th day of January, 2013

*Tasara Coats*
Tasara Coats
1826 Arrowhead Ave
South lake Tahoe, CA 96150
tasarac@hotmail.com
530-577-4389