IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TASARA J. COATS,

      Plaintiff,

vs.

MANDARICH LAW GROUP, LLC;
CACH, LLC; RYAN E. VOS;
JO-ANNA NIEVES; and DOES 1-10,
inclusive,

      Defendants.
_____/

No. 2:13-cv-246-MCE-EFB PS

ORDER TO SHOW CAUSE

    This case, in which plaintiff is proceeding *in propria persona*, was referred to the undersigned under Local Rule 302(c)(21), pursuant to 28 U.S.C. § 636(b)(1). On February 11, 2013, the undersigned issued an order which, among other things, set a status (pretrial scheduling) conference for June 12, 2013, directed plaintiff to serve a copy of the order concurrently with service of process, and directed the parties to file status reports within fourteen days of the June 12, 2013 conference, or in this instance, by May 29, 2013. Dckt. No. 2.

    The docket reveals that defendants filed an answer on February 19, 2013. Dckt. No. 4. However, none of the parties have filed a status report, as required by the February 11 order. Therefore, the undersigned will continue the status (pretrial scheduling) conference and will order the parties to show cause why they should not be sanctioned for failing to file a status

1

report as ordered. *See* E.D. Cal. L.R. 110 ("Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."); *see also* E.D. Cal. L.R. 183 ("Any individual representing himself or herself without an attorney is bound by the Federal Rules of Civil or Criminal Procedure and by these Local Rules."); *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) ("Failure to follow a district court's local rules is a proper ground for dismissal.").

Accordingly, IT IS HEREBY ORDERED that:

1. The status conference currently scheduled for June 12, 2013 is rescheduled for July 24, 2013, at 10:00 a.m., in Courtroom No. 8.

2. On or before July 10, 2013, the parties shall show cause, in writing, why sanctions should not be imposed for failure to file status reports, as required by the court's February 11, 2013 order.

3. Also by July 10, 2013, the parties shall file status reports setting forth the matters referenced in the court's February 11, 2013 order.

4. Failure of the parties to comply with this order may result in the imposition of sanctions, including monetary sanctions and/or a recommendation that this action be dismissed for lack of prosecution and/or for failure to comply with this court's orders and Local Rules. *See* Fed. R. Civ. P. 41(b).

SO ORDERED.

DATED: June 3, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE