Case 2:13-cv-00246-EFB   Document 7   Filed 06/19/13   Page 1 of 3

Tasara J Coats, Pro Se
1826 Arrowhead Avenue
South Lake Tahoe, CA 96150
tasarac@hotmail.com
530-577-4389



FILED

JUN 19 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASARA J COATS<br><br>  Plaintiff<br><br>vs<br><br>MANDARICH LAW GROUP, LLP; CACH, LLC; RYAN E VOS; JO-ANNA NIEVES; AND DOES 1 THROUGH 10 INCLUSIVE<br><br>  Defendants | Case No. 2:13-CV-00246-MCE-EPB<br><br>RESPONSE TO ORDER TO SHOW CAUSE WHY MONETARY SANCTIONS SHOULD NOT BE IMPOSED NOR ACTION BE DISMISSED<br><br>Date: June 24, 2013<br>Time: 10:00 AM<br>Courtroom No. 8<br>EDMUND F. BRENNEN |

### IN SAID ORDER TO SHOW CAUSE:

1. The status conference currently scheduled for June 12, 2013 is rescheduled for July 24, 2013, at 10:00 a.m., in Courtroom No. 8.

2. On or before July 10, 2013, the parties shall show cause, in writing, why sanctions should not be imposed for failure to file status reports, as required by the court's February 11, 2013 order.

3. Also by July 10, 2013, the parties shall file status reports setting forth the matters referenced in the court's February 11, 2013 order.

4. Failure of the parties to comply with this order may result in the imposition of

RESPONSE TO ORDER TO SHOW CAUSE
Case No. 2:13-CV-00246-MCE-EPB
Page 1

sanctions, including monetary sanctions and/or a recommendation that this action be dismissed for lack of prosecution and/or for failure to comply with this court's orders and Local Rules. *See* Fed. R. Civ. P. 41(b).

## PLAINTIFF'S RESPONSE

1. First, I apologize to the Court for this response being untimely. I received notice of the Order to Show Cause only 3 days from the deadline and did not have enough time to complete all that is required to comply. No disrespect is intended to the Court by this failure.

2. I have been extremely busy with a full-time job, parenting and defending against the state court cases brought against me by the Defendants. Completing the conference requirements ordered on February 11 in this present case were unintentionally neglected. Again it was not my intention to disrespect the court, and I will comply with Your Honor's case schedule hereafter.

3. As a pro se litigant, unable to afford an attorney, it requires more time to learn the procedures of this court than for an experienced attorney. I ask for leniency in the immediate matter, and I will comply with Your Honor's case schedule hereafter.

4. To dismiss this case would present an undue hardship in that it would make the re-filing of this complaint time-barred. In the interest of justice I ask for the mercy of this court to abstain from dismissing this case.

5. To impose sanctions would be a hardship. I ought to have applied for informa pauperus with this complaint, but needed to file immediately to avoid this case being time-barred. I also did not want to be an undue burden on this court in this time of budget cuts.

In the interest of justice, and mercy, I ask this honorable court to abstain from sanctions

1 | and dismissal of this case. I will comply with all court procedures hereafter.

Dated: June 15, 2013

*Tasara Coats*
Tasara Coats *Pro Se* Plaintiff
1826 Arrowhead Ave
South lake Tahoe, CA 96150
530-577-4389
tasarac@hotmail.com