1   Tasara J Coats, Pro Se
1826 Arrowhead Avenue
2   South Lake Tahoe, CA 96150
3   tasarac@hotmail.com
530-577-4389
4

**FILED**

JUN 1 9 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
    DEPUTY CLERK




6               IN THE UNITED STATES DISTRICT COURT

7                   EASTERN DISTRICT OF CALIFORNIA

8

9   TASARA J COATS                    ) Case No. 2:13-CV-00246-MCE-EPB
                                      )
10      Plaintiff                     )
                                      )
11                                    ) **PRETRIAL CONFERENCE**
        vs                            ) **STATUS REPORT**
12                                    )
13  MANDARICH LAW GROUP, LLP; CACH,   )
                                      )
14  LLC; RYAN E VOS; JO-ANNA NIEVES; AND ) Date: June 24, 2013
                                      ) Time: 10:00
15  DOES 1 THROUGH 10 INCLUSIVE       )  EDMUND F. BRENNEN
                                      )
16      Defendants                    )
17

18            **PRETRIAL CONFERENCE STATUS REPORT**

19
A. Progress in service of process was waived by Defendant's Answer to the Complaint on
20
February 17, 2013.
21

22
B. Possible joinder of additional parties will be added to the amended complaint
23

24  C. Plaintiff expects to amend complaint

25

26  D. Both parties agree that this is the correct jurisdiction and venue.

27
E. Motions to amend Pleadings will be completed by August 30, 2013.
28

## RULE 26 REPORT

The parties have agreed on the following dates and discovery plan pursuant to California Rule of Civil Procedure 26(f) and Local Rule 3.05(c):

| DEADLINE OR EVENT | AGREED DATE |
|---|---|
| **Mandatory Initial Disclosures (pursuant to Fed. R. Civ. P. 26(a) (1)** | 06/14/13 |
| **Certificate of Interested Persons and Corporate Disclosure Statement** | COMPLETED |
| **Motions to Add Parties or to Amend Pleadings** [ | 08/30/13 |
| **Disclosure of Expert Reports**          **Plaintiff:**<br><br>         **Defendants:** | September 30, 2013 |
| **Discovery Deadline** | 11/30/13 |
| **Dispositive Motions, *Daubert*, and *Markman* Motions** | 01/30/14 |
| **Meeting *In Person* to Prepare Joint Final Pretrial Statement** | 03/30/14 |
| **Joint Final Pretrial Statement (*Including* a Single Set of Jointly-Proposed Jury Instructions and Verdict Form, Voir Dire Questions, Witness Lists, Exhibit Lists with Objections on Approved Form)** | 04/10/14 |
| **All Other Motions Including Motions *In Limine*, Trial Briefs** | 05/22/14 |
| **Trial Term Begins** | 06/01/14 |
| **Estimated Length of Trial  [trial days]** | 2 days. |

| DEADLINE OR EVENT | AGREED DATE |
|---|---|
| Jury / Non-Jury | Jury |
| **Mediation**      **Deadline:** <br> **Mediator:** <br> **Address:** <br><br><br> **Telephone:** | September 30, 2013 |
| **All Parties Consent to Proceed Before Magistrate Judge** | Yes__X___ <br><br> No_____ <br><br> **Likely to Agree in Future _____** |

Dated: June 15, 2013

*Tasara Coats*

Tasara Coats
*Pro Se* Plaintiff
1826 Arrowhead Ave
South lake Tahoe, CA 96150
530-577-4389
tasarac@hotmail.com

Neil F. Sholander
State Bar No.: 225894
MANDARICH LAW GROUP
76301 Owensmouth Avenue, Suite 850
Woodland Hills, CA 91367
Phone:  (818) 264-0108
Fax:  (818) 888-1260

*Attorney for Defendants*

**PROOF OF SERVICE BY MAIL**

**C.C.P. 1013A; 2015.5**

**STATE OF CALIFORNIA, COUNTY OF EL DORADO**

I declare that I am a resident of or employed in the County of El Dorado, California. I am over the age of 18 years and not a party to the within entitled action. The address of my residence is 1826 Arrowhead Ave, South Lake Tahoe, California.

I am readily familiar with the ordinary practice of collecting, processing and depositing correspondence in the United States Postal Service and that the correspondence will be deposited the same day with postage thereon fully prepaid.

On June 17, 2013, I served the **PRETRIAL CONFERENCE STATUS REPORT** on the parties listed below by placing a true copy thereof enclosed in a sealed envelope for collection and Certified Mailing in the United States Postal Service following ordinary business practices at South Lake Tahoe, California addressed as follows:

Neil M. Sholander
MANDARICH LAW GROUP
76301Owensmouth Avenue, Suite 850
Woodland Hills, CA 91367

I declare that the foregoing is true and correct and that this declaration was executed on 6/17/2013, at South Lake Tahoe, California.

Robert Coats

PROOF OF SERVICE
1

Tasara J Coats, Pro Se
1826 Arrowhead Avenue
South Lake Tahoe, CA 96150
tasarac@hotmail.com
530-577-4389

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

TASARA J COATS

    Plaintiff

    vs

MANDARICH LAW GROUP, LLP; CACH,

LLC; RYAN E VOS; JO-ANNA NIEVES; AND

DOES 1 THROUGH 10 INCLUSIVE

    Defendants

) Case No. 2:13-CV-00246-MCE-EPB
)
)
)
) **PLAINTIFF'S RULE 26(a)(1)**
)
) **DISCLOSURES**
)
)
)
)
)
)
)
)
)

---

## PLAINTIFF'S RULE 26(a)(1) DISCLOSURES

Pursuant to Fed. R. Civ. 26(a)(1), Plaintiff makes the following disclosures based on the information currently and reasonably available to Plaintiff:

**A. Individuals Likely to Have Discoverable Information Supporting Plaintiff's Claims**

1. RYAN E VOS

76301Owensmouth Avenue, Suite 850

Woodland Hills, CA 91367

Knowledge of the allegations and claimed damages set forth in the Complaint.

2. JO-ANNA NIEVES

76301Owensmouth Avenue, Suite 850

Woodland Hills, CA 91367

Knowledge of the allegations and claimed damages set forth in the Complaint.

3. MANDARICH LAW GROUP, LLP

76301Owensmouth Avenue, Suite 850

Woodland Hills, CA 91367

Knowledge regarding the collection of an alleged debt by Defendant MANDARICH LAW

GROUP, LLP.

4. CACH, LLC

4340 S Monaco St Unit 2

Denver, CO 80237-3408

Knowledge regarding reporting to credit reporting agencies and the collection of an alleged debt

by Defendant CACH, LLC.

5. RYAN E VOS

76301Owensmouth Avenue, Suite 850

Woodland Hills, CA 91367

Knowledge regarding the collection of an alleged debt by Defendant CACH, LLC.

6. MANDARICH LAW GROUP, LLP

176301Owensmouth Avenue, Suite 850

Woodland Hills, CA 91367

Knowledge regarding the collection of an alleged debt on behalf of Defendant CACH, LLC.

1  7. JO-ANNA NIEVES

2  76301Owensmouth Avenue, Suite 850

3  Woodland Hills, CA 91367

4  Knowledge regarding the collection of an alleged debt on behalf of Defendant CACH, LLC.

5

6

7  **B. Documents Plaintiff May Use to Support Claims**

8  1. Letters sent by Plaintiff to Defendant MANDARICH LAW GROUP, LLP; CACH, LLC;

9  RYAN E VOS; JO-ANNA NIEVES and Does.

10  2. Letters sent by Defendant MANDARICH LAW GROUP, LLP; CACH, LLC; RYAN E VOS;

11  JO-ANNA NIEVES and Does, to Plaintiff.

12

13  3. Telephone records showing Defendant MANDARICH LAW GROUP, LLP; CACH, LLC;

14  RYAN E VOS; JO-ANNA NIEVES and Does, called Plaintiff.

15  4. Telephone call records from AT&T showing calls to Plaintiffs cell phone.

16  5. Records of credit pulls  made by Defendant MANDARICH LAW GROUP, LLP, from Credit

17  Reporting Agencies.

18

19

20  **C. Damages**

21        Plaintiff seeks $1000.00 in statutory damages for each violation of the Fair Debt Collection

22  Practices Act; $1,000 in statutory damages for each violation of the Fair Credit Reporting Act;

23

24  $1,500.00 in statutory damages for each violation of the Telephone Consumer Protection Act; and

25  $1000.00 in statutory damages for each violation of the California Debt Collection Practices Act

26  (Rosenthal Act) by Defendants MANDARICH LAW GROUP, LLP; CACH, LLC; RYAN E

27  VOS; JO-ANNA NIEVES and Does inclusive, the total number of violations and Defendants is

28

1  unknown at this time and can be accurately determined only through the discovery and trial

2  process.

3

4  **D. Insurance**

5

6       NA

7  Dated: June 15, 2013

8
   Respectfully submitted,
9

10                                                     *Tasara Coats*

11                                           Tasara Coats
                                             1826 Arrowhead Ave
12                                           South lake Tahoe, CA 96150
                                             tasarac@hotmail.com
13                                           530-577-4389

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE BY MAIL**

**C.C.P. 1013A; 2015.5**


**STATE OF CALIFORNIA, COUNTY OF EL DORADO**


I declare that I am a resident of or employed in the County of El Dorado, California. I am over the age of 18 years and not a party to the within entitled action. The address of my residence is 1826 Arrowhead Ave, South Lake Tahoe, California.

I am readily familiar with the ordinary practice of collecting, processing and depositing correspondence in the United States Postal Service and that the correspondence will be deposited the same day with postage thereon fully prepaid.

On June 15, 2013, I served the **PLAINTIFF'S RULE 26(a)(1) DISCLOSURES** on the parties listed below by placing a true copy thereof enclosed in a sealed envelope for collection and Certified Mailing in the United States Postal Service following ordinary business practices at South Lake Tahoe, California addressed as follows:

Neil M. Sholander
MANDARICH LAW GROUP
76301 Owensmouth Avenue, Suite 850
Woodland Hills, CA 91367


I declare that the foregoing is true and correct and that this declaration was executed on 6/15/2013, at South Lake Tahoe, California.


Robert Coats