Tasara J Coats, Pro Se
1826 Arrowhead Avenue
South Lake Tahoe, CA 96150
tasarac@hotmail.com
530-577-4389

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASARA J COATS<br><br>    Plaintiff<br><br>vs<br><br>MANDARICH LAW GROUP, LLP; CACH, LLC; RYAN E VOS; JO-ANNA NIEVES; AND DOES 1 THROUGH 10 INCLUSIVE<br><br>    Defendants | Case No. 2:13-CV-00246-MCE-EPB<br><br>**PRETRIAL CONFERENCE STATUS REPORT**<br><br>Date: June 24, 2013<br>Time: 10:00<br>EDMUND F. BRENNEN |

**PRETRIAL CONFERENCE STATUS REPORT**

A. Progress in service of process was waived by Defendant's Answer to the Complaint on February 17, 2013.

B. Possible joinder of additional parties will be added to the amended complaint

C. Plaintiff expects to amend complaint

D. Both parties agree that this is the correct jurisdiction and venue.

E. Motions to amend Pleadings will be completed by August 30, 2013.

## RULE 26 REPORT

The parties have agreed on the following dates and discovery plan pursuant to California Rule of Civil Procedure 26(f) and Local Rule 3.05(c):

| DEADLINE OR EVENT | AGREED DATE |
|---|---|
| Mandatory Initial Disclosures (pursuant to Fed. R. Civ. P. 26(a)(1) | 06/14/13 |
| Certificate of Interested Persons and Corporate Disclosure Statement | COMPLETED |
| Motions to Add Parties or to Amend Pleadings | 08/30/13 |
| Disclosure of Expert Reports     Plaintiff:     Defendants: | September 30, 2013     ′ ′ |
| Discovery Deadline | 11/30/13 |
| Dispositive Motions, *Daubert*, and *Markman* Motions | 01/30/14 |
| Meeting *In Person* to Prepare Joint Final Pretrial Statement | 03/30/14 |
| Joint Final Pretrial Statement (*Including* a Single Set of Jointly-Proposed Jury Instructions and Verdict Form, Voir Dire Questions, Witness Lists, Exhibit Lists with Objections on Approved Form) | 04/10/14 |
| All Other Motions Including Motions *In Limine*, Trial Briefs | 05/22/14 |
| Trial Term Begins | 06/01/14 |
| Estimated Length of Trial  [trial days] | 2 days. |

| DEADLINE OR EVENT | | AGREED DATE |
|---|---|---|
| **Jury / Non-Jury** | | Jury |
| **Mediation** | Deadline:<br>Mediator:<br>Address:<br><br><br>Telephone: | September 30, 2013 |
| **All Parties Consent to Proceed Before Magistrate Judge** | | Yes __X__<br><br>No ____<br><br>**Likely to Agree in Future** ____ |

Dated: June 15, 2013

*Tasara Coats*
Tasara Coats
*Pro Se* Plaintiff
1826 Arrowhead Ave
South lake Tahoe, CA 96150
530-577-4389
tasarac@hotmail.com

Neil   Sholander
State Bar No.: 225894
MANDARICH LAW GROUP
76301 Owensmouth Avenue, Suite 850
Woodland Hills, CA 91367
Phone: (818) 264-0108
Fax: (818) 888-1260

*Attorney for Defendants*