1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              EASTERN DISTRICT OF CALIFORNIA

10

11    TASARA J. COATS,                          No.  2:13-cv-00246-MCE-EFB

12              Plaintiff,

13         v.                                    **ORDER**

14    MANDARICH LAW GROUP, LLC,

15              Defendant.

16

17         Each of the parties in the above-captioned case has filed a "Consent to Proceed

18    Before a United States Magistrate Judge."  See 28 U.S.C. § 636(c).  According to E.D.

19    Cal. R. 305, both the district court judge assigned to the case and the magistrate judge

20    must approve the reference to the magistrate judge.

21         The undersigned has reviewed the file herein and recommends that the above-

22    captioned case be assigned and referred to the magistrate judge for all further

23    proceedings and entry of final judgment.

24    ///

25    ///

26    ///

27    ///

28    ///

                                              1

1    IT IS HEREBY ORDERED that the Clerk of the Court reassign this case to the

2  Honorable Edmund F. Brennan.  The parties shall take note that all documents hereafter

3  filed with the Clerk of the Court shall bear case number 2:13-cv-00246-EFB.  All

4  currently scheduled dates presently set before Judge England are hereby VACATED.

5  Dated:  July 3, 2013

6

7

8                                          _____
                                           MORRISON C. ENGLAND, JR., CHIEF JUDGE
9                                          UNITED STATES DISTRICT COURT

10

11    Having also reviewed the file, I accept reference of this case for all further

12  proceedings and entry of final judgment.

13    DATED:  July 3, 2013

14

15

16                                         _____
                                           EDMUND F. BRENNAN
17                                         UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28
                                           2