NEIL M. SHOLANDER (225894)
Neils@mandarichlaw.com
MANDARICH LAW GROUP LLP
6301 Owensmouth Avenue – Suite 850
Woodland Hills, CA 91367
Phone: (877) 414-0130 ext. 3352
Fax: (818) 888-1260

*Attorneys for Defendants*
CACH, LLC &
MANDARICH LAW GROUP, LLP,
CACH, LLC; RYAN E. VOS and
JO-ANNA NIEVES

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASARA COATS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>**MANDARICH LAW GROUP, LLP; CACH, LLC; RYAN E. VOS; JO-ANNA NIEVES**, and: DOES 1 through 10, inclusive.<br><br>　　　　　Defendants. | CASE NO. 2-13-cv-00246-EFB<br><br>DECLARATION OF COUNSEL FOR DEFENDANTS MANDARICH LAW GROUP, LLP, CACH, LLC, RYAN E. VOS AND JO-ANNA NIEVES, RE: FAILURE TO FILE TIMELY STATUS REPORT |

<u>DECLARATION OF NEIL M. SHOLANDER</u>

I, Neil M. Sholander, declare as follows:

1.　　I am an attorney at law and duly licensed to practice law in California

-1-
DEFENDANTS' DECLARATION, RE: FAILURE TO FILE TIMELY STATUS REPORT

and before the United States District Court for the Eastern District of California, and I am the attorney for record in the above captioned case for Defendants CACH, LLC, Mandarich Law Group, LLP, Ryan E. Vos and Jo-Anna Nieves ("Defendants").

2. I have personal knowledge of the matters set forth in this Declaration, and if called upon to testify at a trial or hearing I would competently testify to the foregoing.

3. The failure of Plaintiff's Counsel to file a timely Status Conference Report was caused by calendaring error and clerical oversight. On or about November 5, 2012, prior to the filing of this action, Plaintiff notified Defendant's office to cease and desist telephone communication with Plaintiff. Please see letter dated November 5, 2012, attached hereto as Exhibit "A". This notice disrupted Defendants' typical internal calendaring procedures relating to initiating opposing party contact, and ultimately, complicated our office's ability to file the joint status report by May 29, 2013.

4. Consequently, the Plaintiff and counsel for Defendants have communicated via written correspondence exclusively, which allowed for the filing of the Joint Rule 26 Report on June 21, 2013.

5. I apologize to the Court for the failure to file a timely status report, and I intended no disrespect to the Court for contributing to that failure.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 9, 2013 at Woodland Hills, California.


By   /s/ *Neil Sholander*
        Neil M. Sholander
        Declarant

-3-
DEFENDANTS' DECLARATION, RE: FAILURE TO FILE TIMELY STATUS REPORT

# EXHIBIT "A"

November 5, 2012

CERTIFIED MAIL #

Tasara Coats
PO Box 9525
South Lake Tahoe, CA 96158-2525

120006985258
12000 684 5464

CACH LLC
4340 S Monaco St Unit 2
Denver, CO 80237-3408

Re: Alleged Account # ~~120006845258~~

To Whom It May Concern:

This letter is being sent to you in response to Summons received on October 25, 2025 from the Law office of David Sean Dufek. Be advised that this is not a refusal to pay, but a notice sent pursuant to the Fair Debt Collection Practices Act, 15 USC 1692g Sec. 809 (b) that your claim is disputed and validation is requested.

This is NOT a request for "verification" or proof of my mailing address, but a request for VALIDATION made pursuant to the above named Title and Section. I respectfully request that your offices provide me with competent evidence that I have any legal obligation to pay you.

Please provide me with the following:

- What the money you say I owe is for;
- Explain and show me how you calculated what you say I owe;
- Provide me with copies of any papers that show I agreed to pay what you say I owe;
- Provide a verification or copy of any judgment if applicable;
- Identify the original creditor;
- Prove the Statute of Limitations has not expired on this account
- Show me that you are licensed to collect in my state
- Provide me with your license numbers and Registered Agent

At this time I will also inform you that if your offices have reported invalidated information to any of the 3 major Credit Bureau's (Equifax, Experian or TransUnion) this action may constitute fraud under both Federal and State Laws. Due to this fact, if any negative mark is found on any of my credit reports by your company or the company that you represent I will not hesitate in bringing legal action against you for the following:

- Violation of the Fair Credit Reporting Act
- Violation of the Fair Debt Collection Practices Act
- Defamation of Character

If your offices are able to provide the proper documentation as requested in the following Declaration, I will require at least 30 days to investigate this information and during such time all collection activity must cease and desist.

Also during this validation period, if any action is taken which could be considered detrimental to any of my credit reports, I will consult with my legal counsel for suit. This includes any listing of any information to a

credit reporting repository that could be inaccurate or invalidated or verifying an account as accurate when in fact there is no provided proof that it is.

If your offices fail to respond to this validation request within 30 days from the date of your receipt, all references to this account must be deleted and completely removed from my credit file and a copy of such deletion request shall be sent to me immediately.

I would also like to request, in writing, that no telephone contact be made by your offices to my home or to my place of employment. If your offices attempt telephone communication with me, including but not limited to computer generated calls and calls or correspondence sent to or with any third parties, it will be considered harassment and I will have no choice but to file suit. All future communications with me MUST be done in writing and sent to the address noted in this letter by USPS.

It would be advisable that you assure that your records are in order before I am forced to take legal action.

This is an attempt to correct your records, any information obtained shall be used for that purpose.

Best Regards,

*Tasara Coats*
Tasara Coats