NEIL M. SHOLANDER (225894)
NEILS@MANDARICHLAW.COM
MANDARICH LAW GROUP LLP
6301 OWENSMOUTH AVENUE – SUITE 850
WOODLAND HILLS, CA 91367
PHONE: (877) 414-0130 EXT. 3352
FAX: (818) 888-1260

*Attorneys for Defendants*
CACH, LLC &
MANDARICH LAW GROUP, LLP,
CACH, LLC; RYAN E. VOS and
JO-ANNA NIEVES

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASARA COATS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MANDARICH LAW GROUP, LLP; CACH, LLC; RYAN E. VOS; JO-ANNA NIEVES, and: DOES 1 through 10, inclusive.<br><br>　　　　Defendants. | CASE NO. 2-13-cv-00246-EFB<br><br>**CERTIFICATE OF SERVICE** |

　　　　I am a citizen of the United States and a resident of the State California. I am over the age of eighteen year, and not a party to the within action. My business address is 6301 Owensmouth Avenue, Suite 850, Woodland Hills, California

91367. On July 10, 2012, I served via First Class U.S. Mail the documents described below:

DECLARATION OF COUNSEL FOR DEFENDANTS MANDARICH LAW GROUP, LLP, CACH, LLC, RYAN E. VOS AND JO-ANNA NIEVES, RE: FAILURE TO FILE TIMELY STATUS REPORT

by First Class U.S. Mail and electronic mail on July 10, 2013, to the address and individual described below:

> Tasara J. Coats
> tasarac@hotmail.com
> 1826 Arrowhead Avenue
> South Lake Tahoe, CA 96150

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Executed on July 10, 2013 in Woodland Hills, California.

*/s/Neil Sholander*
Neil M. Sholander