Tasara J Coats, Pro Se
1826 Arrowhead Avenue
South Lake Tahoe, CA 96150
tasarac@hotmail.com
530-577-4389

**FILED**

JUL 18 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASARA J COATS<br><br>Plaintiff<br><br>vs<br><br>MANDARICH LAW GROUP, LLP; CACH, LLC; RYAN E VOS; JO-ANNA NIEVES; AND DOES 1 THROUGH 10 INCLUSIVE<br><br>Defendants | Case No. 2:13-CV-00246-MCE-EPB<br><br>REQUEST TO APPEAR BY TELEPHONE<br><br>Date: July 24, 2013<br>Time: 10:00 AM<br>Courtroom No. 8<br>EDMUND F. BRENNEN |

REQUEST TO APPEAR BY TELEPHONE:

Plaintiff, TASARA COATS, respectfully requests leave to be excused from personal appearance and instead to appear by telephonic conference call in court room No. 8 on July 24, 2013, at 10:00 A.M., for the following reasons: Traveling to the court on that date would be a costly hardship and unnecessary burden, as the distance is in excess of 100 miles, and would require time off from a normal work day. The most suitable number for this call is the phone number that appears on this Request.

Dated: July 16, 2013

*Tasara Coats*

Tasara Coats *Pro Se* Plaintiff
1826 Arrowhead Ave
South lake Tahoe, CA 96150
530-577-4389
tasarac@hotmail.com

## PROOF OF SERVICE BY MAIL
## C.C.P. 1013A; 2015.5

### STATE OF CALIFORNIA, COUNTY OF EL DORADO

I declare that I am a resident of or employed in the County of El Dorado, California. I am over the age of 18 years and not a party to the within entitled action. The address of my residence is 1826 Arrowhead Ave, South Lake Tahoe, California.

I am readily familiar with the ordinary practice of collecting, processing and depositing correspondence in the United States Postal Service and that the correspondence will be deposited the same day with postage thereon fully prepaid.

On July 16, 2013, I served the REQUEST TO APPEAR BY TELEPHONE on the parties listed below by placing a true copy thereof enclosed in a sealed envelope for collection and Certified Mailing in the United States Postal Service following ordinary business practices at South Lake Tahoe, California addressed as follows:

Neil M. Sholander
MANDARICH LAW GROUP
76301 Owensmouth Avenue, Suite 850
Woodland Hills, CA 91367

I declare that the foregoing is true and correct and that this declaration was executed on 7/16/2013, at South Lake Tahoe, California.

Robert Coats