Tasara J Coats, Pro Se
1826 Arrowhead Avenue
South Lake Tahoe, CA 96150
tasarac@hotmail.com
530-577-4389

FILED
SEP 27 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASARA J COATS<br><br>Plaintiff<br><br>vs<br><br>MANDARICH LAW GROUP, LLP; CACH, LLC; RYAN E VOS; JO-ANNA NIEVES; JENNIFER PETERSON AND DOES 1 THROUGH 10 INCLUSIVE<br><br>Defendants | Case No. 2:13-CV-00246-MCE-EPB<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME** |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO OPPOSE DEFENDANTS' MOTION TO DISMISS**

Plaintiff moves the Court for an extension of time, to and including December 4, 2013, 10:00 AM, in which to submit Plaintiff's Opposition To Defendants' Motion To Dismiss. Counsel for defendants consents to the granting of this motion. In support of this motion, plaintiff relies on the accompanying memorandum.

Respectfully submitted this 25th day of September, 2013

*Tasara Coats*
Tasara Coats

Tasara J Coats, Pro Se
1826 Arrowhead Avenue
South Lake Tahoe, CA 96150
tasarac@hotmail.com
530-577-4389

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASARA J COATS<br><br>　　Plaintiff<br><br>　　vs<br><br>MANDARICH LAW GROUP, LLP; CACH, LLC; RYAN E VOS; JO-ANNA NIEVES; JENNIFER PETERSON AND DOES 1 THROUGH 10 INCLUSIVE<br><br>　　Defendants | Case No. 2:13-CV-00246-MCE-EPB<br><br>**MEMORANDUM IN SUPPORT OF PLAINIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO OPPOSE DEFENDANTS' MOTION TO DISMISS** |

**MEMORANDUM IN SUPPORT OF PLAINIFF'S
UNOPPOSED MOTION FOR EXTENSION OF TIME TO OPPOSE
DEFENDANTS' MOTION TO DISMISS**

Plaintiffs Opposition To Defendants' Motion To Dismiss currently is due October 23, 2013, 10:00 AM. Due to the multiple defendants, numerous issues of law and fact raised by defendants' Motion, and plaintiffs unusually heavy schedule of pleadings and court appearances at the present time, plaintiff needs an extension of time to December 4, 2013 10:00 AM in order to prepare and file a proper response.

By telephone conference on September 24, 2013, plaintiff obtained the consent of Nicole Strickler, counsel for defendants, to the granting of plaintiffs motion.

The mutually agreed extensions of time for plaintiff to file her Opposition and for defendants to file their reply should be granted.

Respectfully submitted this 25th day of September, 2013

*Tasara Coats*
Tasara Coats

Tasara J Coats, Pro Se
1826 Arrowhead Avenue
South Lake Tahoe, CA 96150
tasarac@hotmail.com
530-577-4389

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASARA J COATS<br><br>   Plaintiff<br><br>   vs<br><br>MANDARICH LAW GROUP, LLP; CACH, LLC; RYAN E VOS; JO-ANNA NIEVES; JENNIFER PETERSON AND DOES 1 THROUGH 10 INCLUSIVE<br><br>   Defendants | ) Case No. 2:13-CV-00246-MCE-EPB<br>)<br>)<br>)<br>) **ORDER**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

This matter having come before the Court on Plaintiffs Unopposed Motion For An Extension Of Time To Oppose Defendants' Motion To Dismiss, it is this ____ day of _____, 2013.

ORDERED, that plaintiffs motion is granted. Plaintiff shall have until December 4, 2013 10:00 AM to oppose defendants' motion to dismiss.

_____
Judge

Copies to:

1  Nicole Strickler
   MESSER & STILP
2  166 West Washington, Suite 300
   Chicago, Illinois 60602-2390
3

4  Tasara J Coats, Pro Se
   1826 Arrowhead Avenue
5  South Lake Tahoe, CA 96150

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Unopposed Motion for Extension of Time to Oppose Defendants' Motion to Dismiss was served, via first class mail, postage prepaid, this 25th day of September, 2013 to:

Nicole Strickler
MESSER & STILP
166 West Washington, Suite 300
Chicago, Illinois 60602-2390

Signed September 25, 2013

*Tasara Coats*
Tasara Coats