UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASARA J. COATS,<br><br>          Plaintiff,<br><br>     v.<br><br>MANDARICH LAW GROUP, LLC; CACH, LLC; RYAN E. VOS; JO-ANNA NIEVES; JENNIFER PETERSON; and DOES 1-10, inclusive,<br><br>          Defendants. | No. 2:13-cv-246-MCE-EFB PS<br><br>ORDER |

On September 12, 2013, defendants filed a motion for summary judgment, and noticed the motion for hearing on October 23, 2013. ECF No. 18.[1] Plaintiff's opposition is currently due on October 9, 2013. On September 27, 2013, plaintiff filed a request for an extension of time to file an opposition to the motion to dismiss, requesting her opposition be due December 4, 2013. ECF No. 19. Plaintiff contends that she needs the additional time to respond due to the issues raised in defendants' motion. *Id*. In light of plaintiff's representations, her request for an additional extension of time will be granted in part.

/////

---

[1] This case, in which plaintiff is proceeding pro se, is before the undersigned pursuant to the parties' consent. *See* 28 U.S.C. § 636(c).

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time, ECF No. 19, is granted in part.

2. The October 23, 2013 hearing on defendants' motion to dismiss, ECF No. 18, is continued to December 4, 2013 at 10:00 a.m. in Courtroom No. 8.

3. On or before November 13, 2013, plaintiff shall file an opposition or statement of non-opposition to the defendants' motion to dismiss.

4. Defendants may file a reply to plaintiff's opposition, if any, on or before November 20, 2013.

SO ORDERED.

DATED: October 8, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE