Elizabeth Grace Sutlian (State Bar No. 281099)
Sutlian@mandarichlaw.com
MANDARICH LAW GROUP, LLP
6301 Owensmouth Avenue, Suite 850
Woodland Hills, CA 91367
(877) 414-0130 Telephone
(818) 888-1260 Facsimile
Attorney for Defendants

MANDARICH LAW GROUP, LLP;
CACH, LLC; RYAN E. VOS;
JO-ANNA NIEVES

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASARA J. COATS<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MANDARICH LAW GROUP, LLP,<br>CACH, LLC; RYAN E. VOS; JO-<br>ANNA NIEVES; JENNIFER<br>PETERSON AND DOES 1<br>THROUGH 10 INCLUSIVE<br><br>　　　　Defendants. | CASE NO. 2:13-cv-00246 EFB<br><br>**NOTICE OF MOTION AND MOTION TO STRIKE DOCKET ENTRIES 21 & 22**<br><br>Date:  December 11, 2013<br>Time: 10:00 a.m.<br>Courtroom: 8, 13th Floor<br>Magistrate Judge Edmund F. Brennan |

　　　PLEASE TAKE NOTICE that on December 11, 2013 at 10:00a.m., or as soon thereafter as this matter may be heard in Courtroom 8, 13th Floor, of the above-entitled Court, located at U.S. District Court, Eastern District of California, 501 I Street, Sacramento, CA 95814, Defendants MANDARICH LAW GROUP, LLP, CACH, LLC, RYAN E. VOS, JO-ANNA NIEVES ("Defendants") will move to strike docket entries ("D.E.") 21 and 22.

The Second Amended Complaint (D.E. 21) was filed without leave of Court and is thus void.  Moreover, Plaintiff's Notice Pursuant to 18 U.S.C. § 4 (D.E. 22) lacks any basis in law and is defamatory.  Thus, sufficient grounds exist to strike both docket entries.

This Motion is based on this Notice, the attached Memorandum of Points and Authorities, the Proposed Order filed and served concurrently herewith, all papers and pleadings on file, and on such further oral and documentary evidence that may be offered at the Motion hearing.

DATED: November 1, 2013            MANDARICH LAW GROUP, LLP
                                   CACH, LLC
                                   RYAN VOS
                                   JO-ANNA NIEVES

                                   By:   /s/ Elizabeth Grace Sutlian

# CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the State of Illinois. I am over the age of eighteen years, and not a party to the within action. My business address is 166 W. Washington St., Suite 300, Chicago, IL 60602. On the date stated below, before the hour of 5:00 p.m. CST, I directed the foregoing document via U.S. Postal Service, regular mail, postage pre-paid and addressed to:

Tasara J. Coats
1826 Arrowhead Avenue
South Lake Tahoe, CA 96150

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 1, 2013 in Chicago, IL 60602.

By: /s/ Nicole M. Strickler