UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASARA J. COATS,<br><br>    Plaintiff,<br><br>  v.<br><br>MANDARICH LAW GROUP, LLP; CACH, LLC; RYAN E. VOS; JO-ANNA NIEVES; JENNIFER PETERSON AND DOES 1 THROUGH 10 INCLUSIVE,<br><br>    Defendants. | No. 2:13-cv-246-EFB PS<br><br><br><br>ORDER |

On March 3, 2014, plaintiff filed notice of settlement and motion to for an order of dismissal. ECF No. 33. In this pleading, plaintiff states that a settlement agreement has been reached between the parties. Plaintiff therefore requests that the court dismiss this action with prejudice, each party bearing their own costs of this action. *Id*. On March 5, 2014, defendants filed a statement of joinder, stating that defendants consent to plaintiff's request to dismiss this action with prejudice, each party bearing their own costs. ECF No. 34.

The court construes the parties' pleadings as a stipulation for voluntary dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Accordingly, the Clerk of the Court is directed to close this case.

DATED: March 6, 2014.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE